# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN STADELMAN,<br>      Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, LLC f/k/a<br>ALLIED INTERSTATE, INC.<br>      Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 1:13-cv-13135-JGD**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Steven Broadley* | */s/ Craig Thor Kimmel* |
| Steven Broadley, Esq. | Craig Thor Kimmel, Esquire |
| BBO# 542305 | BBO# 662924 |
| Posternak, Blankstein & Lund, LLP | Kimmel & Silverman, P.C. |
| 800 Boylston Street | 30 East Butler Pike |
| Boston, MA 02199 | Ambler, PA 19002 |
| Phone: (617) 973-6206 | Phone: (215) 540-8888 |
| Fax: (617) 367-2315 | Fax: (877) 788-2864 |
| Email: sbroadley@pbl.com | Email: kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: February 28, 2014 | Date: February 28, 2014 |

BY THE COURT:

_____
                              J.

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this 28th day of February, 2013:

Steven Broadley, Esq.
Posternak, Blankstein & Lund, LLP
800 Boylston Street
Boston, MA 02199
Email: sbroadley@pbl.com

                                        */s/ Craig Thor Kimmel*
                                        Craig Thor Kimmel, Esquire
                                        Kimmel & Silverman, P.C.
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: (877) 788-2864
                                        Email:kimmel@creditlaw.com
                                        Attorney for the Plaintiff